UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIMPSON STRONG-TIE COMPANY INC., <br><br> Defendant. | Case No. 19-cv-04683-TSH <br><br> **ORDER RE MOTION FOR CLARIFICATION** <br><br> Re: Dkt. No. 180 |

Defendant Simpson Strong-Tie Company Inc. moves for clarification of the Court's May 30, 2025 order at ECF No. 151. ECF No. 180. Plaintiffs Columbia Insurance Co. and MiTek Inc. oppose the motion. ECF No. 182.

Plaintiffs have correctly interpreted the Court's order. The Court granted Plaintiffs' motion as to the Cullen reference, meaning that Simpson is estopped from asserting that reference. The Court denied Plaintiffs' motion as to the Chapin and Yamaguchi references, finding triable questions of fact concerning whether Simpson is estopped from asserting those references. Those triable questions of fact will be resolved at trial.

This order terminates ECF No. 180.

**IT IS SO ORDERED.**

Dated: July 2, 2025

THOMAS S. HIXSON
United States Magistrate Judge