1
2
3
4                        UNITED STATES DISTRICT COURT
5                       NORTHERN DISTRICT OF CALIFORNIA
6
7    COLUMBIA INSURANCE CO., et al.,          Case No. 19-cv-04683-TSH
8                         Plaintiffs,
9          v.                                 **ORDER RE:  ADMINISTRATIVE
                                              MOTION TO FILE UNDER SEAL**
10   SIMPSON STRONG-TIE COMPANY
     INC.,                                    Re: Dkt. No. 157
11                        Defendant.
12
13

14          On May 30, 2025, Plaintiffs filed a combined Administrative Motion to Consider Whether

15   Another Party's Material Should Be Sealed and an Administrative Motion to Seal, pursuant to

16   Civil Local Rule 79-5.  *See* ECF Nos. 157, 158 (continuation of Motion).  On July 10, 2025, the

17   Court denied in part Plaintiffs' Administrative Motion and directed each party to take further

18   action.  *See* ECF No. 193.

19          The Court directed Simpson to propose narrowly tailored redactions to Dr. Serwin's report

20   (ECF No. 157-6).  *See* ECF No. 193.  On July 10, 2025, Simpson filed a Supplemental Declaration

21   from Lindsay van Keulen (ECF No. 195) setting forth the bases for redacting portions of Dr.

22   Serwin's report, along with a redacted version of the report (ECF No. 195-1).  However, Simpson

23   did not file an unredacted version of Dr. Serwin's report containing highlighted portions

24   corresponding to Simpson's proposed redactions.  Therefore, the Court cannot review the portions

25   requested to be sealed.

26          Accordingly, the Court **ORDERS** Simpson to comply with Local Rule 79-5(e)(2) within

27   four days.  If Simpson fails to do so, Plaintiffs' motion will be denied with respect to Dr. Serwin's

28   report (ECF No. 157-6).

United States District Court
Northern District of California

United States District Court
Northern District of California

1    The Court directed Plaintiffs to file unredacted versions of Plaintiffs' Opposition (ECF No.

2  157-2) and Plaintiffs' Controverting Statement of Facts (ECF No. 157-3) containing highlighted

3  portions corresponding to Plaintiffs' proposed redactions for these documents.  *See* ECF No. 193.

4  On July 14, 2025, Plaintiffs filed an unredacted version of their Opposition (ECF No. 196) and an

5  unredacted version of their Controverting Statement of Facts (ECF No. 197) that comply with

6  Local Rule 79-5(e)(2).

7    Accordingly, the Court **GRANTS** Plaintiffs' Administrative Motion and **ORDERS** that

8  Plaintiffs' Opposition (ECF No. 196) and Plaintiffs' Controverting Statement of Facts (ECF No.

9  197) remain under seal.  As the redacted versions of the Opposition (ECF No. 156) and the

10 Controverting Statement of Facts (ECF No. 156-1) have already been filed in the public record, no

11 further action is required.

12    **IT IS SO ORDERED.**

14 Dated: August 1, 2025

THOMAS S. HIXSON
United States Magistrate Judge