UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA INSURANCE CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIMPSON STRONG-TIE COMPANY INC.,<br><br>Defendant. | Case No. 19-cv-04683-TSH<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 157 |

On May 30, 2025, Plaintiffs filed a combined Administrative Motion to Consider Whether Another Party's Material Should Be Sealed and an Administrative Motion to Seal, pursuant to Civil Local Rule 79-5. *See* ECF Nos. 157, 158 (continuation of Motion). On July 10, 2025, the Court denied in part Plaintiffs' Administrative Motion and directed each party to take further action. *See* ECF No. 193.

On July 10, 2025, Simpson filed a redacted version of Dr. Serwin's report (ECF No. 195-1) but did not file an unredacted version of Dr. Serwin's report containing highlighted portions corresponding to Simpson's proposed redactions. On August 1, 2025, the Court ordered Simpson to comply with Local Rule 79-5(e)(2) regarding Dr. Serwin's report. *See* ECF No. 202. On August 4, 2025, Simpson filed an unredacted version of Dr. Serwin's report that complies with Local Rule 79-5(e)(2). *See* ECF No. 203.

The Court has reviewed the requested portions to be sealed and finds Simpson's requests are narrowly tailored to the confidential business documents discussed within Dr. Serwin's report. *See* ECF No. 193 at 6–7 (explaining "all of Simpson's sealing requests relate to exhibits that discuss Simpson's confidential business information, including Simpson's product development

plans and internal sales reports").

Accordingly, the Court **GRANTS** Plaintiffs' Administrative Motion and **ORDERS** that Dr. Serwin's report (ECF No. 203) remain under seal.  As the redacted version of Dr. Serwin's report (ECF No. 195-1) has already been filed in the public record, no further action is required.

**IT IS SO ORDERED.**

Dated: August 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge