SHARTSIS FRIESE LLP
JOSEPH V. MAUCH (Bar #253693)
jmauch@sflaw.com
ERICK C. HOWARD (Bar #214107)
ehoward@sflaw.com
LINDSAY A. VAN KEULEN (Bar #328333)
lvankeulen@sflaw.com
425 Market Street, Eleventh Floor
San Francisco, CA 94105-2496
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendant SIMPSON STRONG-TIE COMPANY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLUMBIA INSURANCE CO. and MITEK INC., <br><br> Plaintiffs, <br><br> v. <br><br> SIMPSON STRONG-TIE COMPANY INC., <br><br> Defendant. | Case No. 3:19-CV-04683-TSH <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** <br><br> Judge: Magistrate Thomas S. Hixson |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 7-12, Defendant Simpson Strong-Tie Company Inc. and Plaintiffs Columbia Insurance Co. and MiTek Inc., by and through their counsel, hereby stipulate and agree to dismiss all claims and counterclaims in this action with prejudice and without an award of fees or costs.

Dated: November 25, 2025            SHARTSIS FRIESE LLP

By: */s/ Joseph V. Mauch*
　　　JOSEPH V. MAUCH

Attorneys for Defendant SIMPSON STRONG-TIE COMPANY INC.

Dated: November 25, 2025            STINSON LLP

By: */s/ B. Scott Edison*
　　　B. SCOTT EIDSON

Attorneys for Plaintiffs COLUMBIA INSURANCE CO. and MITEK INC.

## DECLARATION UNDER CIVIL LOCAL RULE 5-1(i)(3)

I, JOSEPH V. MAUCH, am the ECF User whose ID and password are being used to file this STIPULATION FOR DISMISSAL WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have the concurrence of the signatory above indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: November 25, 2025            */s/ Joseph V. Mauch*
　　　　　　　　　　　　　　　　　　JOSEPH V. MAUCH

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 25, 2025

_____
MAGISTRATE JUDGE THOMAS S. HIXSON

10757493